IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

PIERRE JAMES, #R14787, )
)
    Plaintiff, )
)
vs. ) No. 10-78-GPM-DGW
)
MICHAEL P. RANDLE, et al., )
)
    Defendants. )

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, PIERRE JAMES, by and through his attorneys Wexler Wallace, LLP., and Defendants ANDREW BENNETT, JAMES BOHNERT, BRETT CHANDLER, JEANETTE COWAN, DOUGLAS COFFEY, CHARLES DIERCKS, THOMAS DRAKE, DAVID EALEY, HENRY FOSTER, MARK GRAPPERHAUS, LARRY HALE, DAVID HENNRICH, SHAWN HEUER, TRACY HOWELL, DANIEL LEIFER, NATHAN MAUE, TINA MONROE, ERIC PRESSWOOD, MELISSA SOURWINE, BETSY SPILLER, SHANE SULSER, REGINA SUMMERS, BRIAN THOMAS, and PAMELA WESTERMAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of Plaintiff's remaining claim with prejudice. Each party shall bear their own costs, attorney's fees, and expenses.

AGREED:

_s/ Mark Miller_
Mark Miller
Counsel for Plaintiff
Wexler Wallace, LLP

55 W. Monroe
Suite 3300
Chicago, IL 60603
312-346-2222

Date: May 4, 2012

_s/ Erin L. O'Boyle_
Erin L. O'Boyle
Assistant Attorney General
Attorney for Defendants

500 South Second Street
Springfield, IL 62706
217-524-9026

Date: May 8, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| PIERRE JAMES, #R14787, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 10-78-GPM-DGW |
| MICHAEL P. RANDLE, et al., | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2012, the foregoing document, Stipulation to Dismiss, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth A. Wexler
kaw@wexlerwallace.com

Mark R. Miller
mrm@wexlerwallace.com

Rodney M. Sharp
rsharp@sandbergphoenix.com

Respectfully Submitted,
  s/ Erin L. O'Boyle
Erin L. O'Boyle, #6300442
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-9026 Phone
(217) 524-5091 Fax
E-Mail: EO'Boyle@atg.state.il.us