IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| PIERRE JAMES, #R14787, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 10-78-GPM-DGW |
| MICHAEL P. RANDLE, et al., | ) | |
| Defendants. | ) | |

## AMENDED STIPULATION TO DISMISS

NOW COMES the Plaintiff, PIERRE JAMES, by and through his attorneys Wexler Wallace, LLP., and Defendants ANDREW BENNETT, JAMES BOHNERT, BRETT CHANDLER, JEANETTE COWAN, DOUGLAS COFFEY, CHARLES DIERCKS, THOMAS DRAKE, DAVID EALEY, HENRY FOSTER, MARK GRAPPERHAUS, LARRY HALE, DAVID HENNRICH, SHAWN HEUER, TRACY HOWELL, DANIEL LEIFER, NATHAN MAUE, TINA MONROE, ERIC PRESSWOOD, MELISSA SOURWINE, BETSY SPILLER, SHANE SULSER, REGINA SUMMERS, BRIAN THOMAS, PAMELA WESTERMAN, and MONICA GREATHOUSE by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of Plaintiff's remaining claim with prejudice. Each party shall bear their own costs, attorney's fees, and expenses.

AGREED:


 s/ Mark Miller (with consent)                   s/ Erin L. O'Boyle
Mark Miller                                             Erin L. O'Boyle
Counsel for Plaintiff                      Assistant Attorney General
Wexler Wallace, LLP                  Attorney for Defendants
55 W. Monroe                             500 South Second Street
Suite 3300                                   Springfield, IL 62706
Chicago, IL 60603                      217-524-9026
312-346-2222


Date:  May 14, 2012                       Date:  May 15, 2012
     (With Consent)


 s/ Rodney M. Sharp (with consent)
Rodney M. Sharp
Counsel for Monica Greathouse
Sandberg Phoenix & von Gontard P.C.
600 Washington Ave. 15th Floor
St. Louis, MO 63101


Date:  May 15, 2012
     (With Consent)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| PIERRE JAMES, #R14787, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 10-78-GPM-DGW |
| MICHAEL P. RANDLE, et al., | ) ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2012, the foregoing document, Amended Stipulation to Dismiss, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth A. Wexler
kaw@wexlerwallace.com

Mark R. Miller
mrm@wexlerwallace.com

Rodney M. Sharp
rsharp@sandbergphoenix.com

Respectfully Submitted,

 s/ Erin L. O'Boyle
Erin L. O'Boyle, #6300442
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217) 782-9026  Phone
(217) 524-5091  Fax
E-Mail:  EO'Boyle@atg.state.il.us